LOUISA SCHWALENBERG et al., Appellants, *v.* MARGARET M. DUNN et al., Respondents.

*Schwalenberg* v. *Dunn*, 124 App. Div. 909, affirmed.
(Submitted November 19, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 29, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to set aside a sale in foreclosure.

*F. J. Moissen* and *George Gree* for appellants.

*David B. Ogden* and *Philip S. Dean* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.